No. 83–1839. RAILROAD DYNAMICS, INC. v. A. STUCKI CO. C. A. Fed. Cir. Motion of respondent for damages denied. Certiorari denied.

No. 83–1872. SOUTH FLORIDA CHAPTER OF THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., ET AL. v. METROPOLITAN DADE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Motions of Associated General Contractors of America, Inc., and Southeastern Legal Foundation, Inc., for leave to file briefs as amici curiae granted. Certiorari denied.

No. 83–1879. ARIZONA WESTERN COLLEGE DISTRICT GOVERNING BOARD ET AL. v. COOPER ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1948. BETHLEHEM STEEL CORP. ET AL. v. BOILEAU ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–6862. MACK v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1880. PIHER INTERNATIONAL CORP. ET AL. v. CTS CORP. C. A. Fed. Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 83–1904. BACHE & CO. (LEBANON) S. A. L. v. TAMARI ET AL. C. A. 7th Cir. Motion of Futures Industry Association, Inc., for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 83–1912. REED v. UNITED STATES. C. A. 9th Cir. Motion of petitioner to consolidate this case with No. 83–1590, Francis v. Franklin [certiorari granted, 467 U. S. 1225], denied. Certiorari denied.